UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Babe Ease, LLC, and
Melissa Cohen-Fyffe,
    Plaintiffs

        v.                           Case No. 08-cv-223-SM

Nurtured Little One, LLC,
    Defendant

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

    SO ORDERED.

                                                          /s/ Steven J. McAuliffe
April 23, 2009                                       _____
                                                          Steven J. McAuliffe
                                                          Chief Judge

cc:     Jeffrey C. Spear, Esq.